UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Todd Randall,<br><br>              Plaintiff(s),<br><br>vs.<br><br>Corporate Consulting Services, Inc.,<br><br>              Defendant(s). | **2:24-cv-00006-RFB-MDC**<br><br>**Report and Recommendation** |

      Pending before the Court is plaintiff Todd Randall's failure to complete service. The Complaint was filed on January 3, 2024. ECF No. 1. The Proof of Service deadline was April 2, 2024. *Id.* Plaintiff failed to file the Proof of Service by the deadline. On April 5, 2024, a Notice of Intent to Dismiss Pursuant to FRCP 4(m)[1] ("Notice") (ECF No. 4) was filed, notifying plaintiff that he had until May 5, 2024, to either file a Proof of Service or show cause as to why service was not made by that period. ECF No. 4. The Notice also warned plaintiff that failing to file a Proof of Service by May 5, 2024, may result in dismissal of the action. Plaintiff has failed to comply with the Order, and to date, no Proof of Service has been filed.

      ACCORDINGLY,

      **IT IS RECOMMENDED** that the case be DISMISSED.

      DATED this 7th day of May 2024.

      IT IS SO RECOMMENDED.

                                                            _____

                                                           Hon. Maximiliano D. Couvillier III
                                                           United States Magistrate Judge

---

[1] "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).