# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TODD RANDALL, *individually and on behalf of all other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CORPORATE CONSULTING SERICES,<br><br>Defendant. | Case No. 2:22-cv-00006-RFB-MDC<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation ("R&R") of the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge, dated May 7, 2024 (ECF No. 5). Plaintiff Todd Randall failed to file an objection by the May 21, 2024, deadline. For the reasons explained below, the Court adopts the R&R in full.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo[1] determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Additionally, the Ninth Circuit has recognized that a

---

[1] *De novo* review simply means a review by one court using the lower court's record but reviewing the evidence and the law without deference to the lower court's findings and rulings. See Appeal, Black's Law Dictionary (11th ed. 2019).

district court is not required to review a Magistrate Judge's report and recommendation where no objections have been filed. See <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121-22 (9th Cir. 2003); <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998). Thus, if there is no objection to a Magistrate Judge's report, then the court may accept the report without review. See <u>Thomas</u>, 474 U.S. at 149-50.

No objection was filed in this case. The Court has reviewed the record and agrees with the Magistrate's R&R in full. Therefore, for the foregoing reasons, **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 4) is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that this matter be **DISMISSED** without prejudice for failure to file proof of service of process.

**IT IS FURTHER ORDERED** that the Clerk of Court will close the case.

**DATED:** June 20, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**